UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-436-FDW-DSC

| | |
|---|---|
| LINDA LETTERMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAL-MART STORES EAST, LP, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court sua sponte to amend the Case Management Order, (Doc. No. 4), to correct a clerical error. Accordingly, the case deadlines are AMENDED as follows:

      Hearing on Dispositive Motions      June 1-12, 2015

      Trial Setting:      Term beginning July 6, 2015

IT IS SO ORDERED.

Signed: August 26, 2014

_____
Frank D. Whitney
Chief United States District Judge